UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00325-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Approximately $2,010 in U.S. Currency seized incident to the arrest of Demontravis Devonte Reid, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's, the United States of America, Motion for Default Judgment as to Approximately $2,010 in U.S. Currency (Doc. No. 8). A default having been entered against Defendant property and Claimants and counsel for the United States having now requested judgment by default all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure; Judgment by default is rendered in favor of Plaintiff. The Court declares that the United States is the lawful owner of the subject property Defendant $2,010 in U.S. Currency seized incident to the arrest of Demontravis Devonte Reid.

IT IS SO ORDERED.

Signed: March 6, 2018

Frank D. Whitney
Chief United States District Judge

1